THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. BENJAMIN GITLOW, Appellant.

(Submitted October 2, 1922; decided October 10, 1922.)

Motion to amend remittitur granted and remittitur amended by adding thereto the following, viz.:

" The question whether the New York Criminal Anarchy Law (Penal Law, §§ 160, 161) and the application in this case is repugnant to the provision of the 14th Amendment to the Constitution of the United States that no state shall deprive any person of life, liberty or property without due process of law was considered and passed upon by this court." (See 234 N. Y. 132.)

---

In the Matter of the Application of HENRY T. SCOTT et al., as Trustees under the Will of MARY B. HARRISON, Respondents, for an Order Directing Arbitration.

COLUMBIA TRUST COMPANY, Appellant.

*Arbitration — when arbitration agreement not revoked by death of one of parties — Arbitration Law applicable to agreement made before its passage.*

*Matter of Scott,* 200 App. Div. 599, affirmed.

(Argued October 2, 1922; decided October 17, 1922.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 7, 1922, which affirmed an order of Special Term directing the appellant herein to proceed to arbitration as provided for in an agreement dated December 10, 1904, between the testatrix, Mary B. Harrison, and the Knickerbocker Trust Company, to whose rights and liabilities the appellant herein had succeeded.

The following questions were certified: " 1. Was the arbitration agreement in the contract of the 10th of December, 1904, revoked by the death of Mary Burton Harrison? 2. Is the Arbitration Law applicable to said arbitration agreement made before its passage where one of the parties to such agreement has died before the passage of such law? "

*Martin A. Schenck, Edward Cornell* and *Charles H. Tuttle* for appellant.

*Frank M. Patterson* and *M. MacKenzie* for respondents.

Order affirmed with costs: First question certified answered in the negative; second question in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: MCLAUGHLIN, J.

---

In the Matter of the Application of SANDY J. ADAMS, Appellant, for a Peremptory Writ of Mandamus against WILLIAM F. FLANAGAN, as County Auditor of Suffolk County, Respondent.

*Constitutional law — mandamus — constitutionality of statute trans-ferring to Suffolk county clerk duties theretofore exercised by com-missioners of election — mandamus to compel payment of salary as commissioner of elections denied.*

*Matter of Adams* v. *Flanagan,* 201 App. Div. 735, affirmed.

(Argued October 2, 1922; decided October 17, 1922.)·

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1922, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the county auditor of Suffolk county to draw a warrant in favor of the applicant for payment of his salary as commissioner of elections. The constitutionality of sections 39 and 341 of chapter 588 of the Laws of 1922, transferring to the county clerk of Suffolk county the duties theretofore exercised by the commissioners of election of that county, was involved, the relator contending that they were violative of section 6 of article 2 of the State Constitution.

*Samuel Seabury* and *George Trosk* for appellant.

*Nathan O. Petty* for respondent.

*Charles D. Newton, Attorney-General (Edward G. Griffin* and *Robert P. Beyer* of counsel), *amicus curiœ.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: MCLAUGHLIN, J.